## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANAL DESCOPINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION, a/k/a AMTRAK ) <br> ) <br> Defendant. ) <br> ) | **10 CA 12192 RGS** <br><br> C.A. No. _____ <br><br> ~~10 CA 12207 JLT~~ |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1441, *et seq.*, Defendant National Railroad Passenger Corporation ("Amtrak"), by its attorney, hereby removes the entire civil action in the Boston Municipal Court of Suffolk County, Massachusetts, captioned *Janal Descopins v. National Railroad Passenger Corporation, a/k/a Amtrak* (Boston Municipal Court Civil Action No. 003254SP1310), to this Court. A copy of the Complaint is attached as Exhibit A.

As grounds for removal, Amtrak states as follows:

1. On or about September 13, 2010, the Complaint was filed in Boston Municipal Court, Suffolk County, Massachusetts. Amtrak was served with the Complaint on December 7, 2010.

2. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the district courts of the United States have original jurisdiction may be removed from state to federal court.

3. Pursuant to 28 U.S.C. § 1331, the district courts of the United States have original

jurisdiction over any civil action presenting a question of federal law.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1349, which creates original jurisdiction for all civil actions against corporations created by Congress and owned by the United States. Specifically, §1349 states: the "district courts shall not have jurisdiction of any civil action by or against any corporation upon the grounds that it was incorporated by or under an Act of Congress, *unless* the United States is the owner of more than one-half of its capital stock." *Id.* (emphasis added).

5. Amtrak is a federally-chartered stock corporation and more than half of its stock is owned by the United States. *See Hollus v. Amtrak Northeast Corridor,* 937 F. Supp. 1110 (D.N.J. 1996), *aff'd,* 118 F.3d 1585 (3rd Cir. 1997).

6. Accordingly, this Court has federal question jurisdiction over this case. *See e.g. Davidson v. National R.R. Passenger Co.,* No. Civ. A. 00-1226, 2000 WL 795881, *2 (E.D. Pa. June 9, 2000) ("As Amtrak is a federally-chartered corporation whose stock is wholly owned by the federal government, this Court has original subject matter jurisdiction . . . under 28 U.S.C. §§ 1331 and 1349."); *Hollus,* 937 F. Supp. At 1113 ("because a majority of the capital stock of Amtrak is owned by the United States, the federal courts have subject matter jurisdiction over any action involving Amtrak"); *Wyant v. National R.R. Passenger Co.,* 881 F. Supp. 919, 924 (S.D.N.Y. 1995) ("[I]t is well-settled that federal courts have federal question jurisdiction over suits by and against Amtrak under 28 U.S.C. § 1331."); *Wormley v. Southern Pacific Transp. Co.,* 863 F.Supp. 382, 384 (E.D. Tex. 1994) ("It is undisputed that the United States owns more than half of Amtrak's capital stock.").

7. This Notice of Removal is timely filed pursuant to 29 U.S.C. § 1446(b) because it was filed less than thirty days from December 7, 2010, the date upon which Defendant Amtrak received the Complaint. No previous Notice of Removal has been filed or made to this court for the relief sought herein.

WHEREFORE, Defendant Amtrak respectfully requests that the Complaint be removed from Boston Municipal Court, Suffolk County, Massachusetts, to the United States District Court for the District of Massachusetts.

Respectfully submitted,
**Defendant,**
**NATIONAL RAILROAD**
**PASSENGER CORPORATION,**
By its attorney,

Dated: December 20, 2010

_____
Stephen E. Hughes, BBO No. 629644
Bonner Kiernan Trebach & Crociata, LLP
200 Portland Street, Suite 400
Boston, MA 02114
(617) 426-3900
shughes@bonnerkiernan.com

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have served a copy of the foregoing pleading upon counsel of record for the plaintiff, by first class mail, postage prepaid, on this 20th day of December 2010, as listed below.

Michael J. McDevitt, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

_____
Stephen E. Hughes